UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO:

IN RE: $805,095.20 IN UNITED STATES
AND OTHER CURRENCIES SEIZED AT
MIAMI INTERNATIONAL AIRPORT ON
NOVEMBER 1, 2018,

Defendant.
_____/



FILED BY ___ D.C.
JAN 24 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**AGREED MOTION TO ENLARGE TIME
IN WHICH TO FILE COMPLAINT**

The United States of America ("Plaintiff"), by and through its undersigned attorney files this Agreed Motion To Enlarge Time In Which To File Complaint and respectfully shows unto the Court:

1. On or about November 1, 2018, $805,095.20 in United States and other currencies was seized by Customs and Border Protection ("CBP") officers, from one Manuel Ortega at Miami International Airport.

2. Ortega was given information about how to follow-up on the seizure. On November 16, 2018, the Office of Fines, Penalties and Forfeitures received correspondence from Peter Quinter of GrayRobinson stating he was "retained to represent the owner of the money seized by CBP, Prime Trust Financial Corp. Ltd. which was being transported by Manuel Ortega from Jamaica to the United States."

3. Notice of the seizure was thereafter sent to Mr. Quinter and on November 29, 2018, Fines, Penalties and Forfeitures received a CAFRA Election of Proceedings form signed by Richard Chang as the Chief Operating Officer of Prime Trust Financial Corp. Ltd.("Prime Trust")

requesting that CBP refer the case for judicial action.

4.      Counsel for CBP received the claim, reviewed it and transmitted it to the Office of the United States Attorney on or about January 10, 2019.

5.      Pursuant to 18 U.S.C. § 983(a)(3)(A), the government is required to file a complaint for forfeiture 90 days after a claim has been filed and, if no complaint or indictment is filed, to release the property. The statute also provides that the court may extend the time in which a complaint may be filed, for good cause shown or by agreement of the parties.[1]

6.      The deadline for filing a complaint in the above described matter is February 27, 2019, ninety days from the time that Fines, Penalties and Forfeitures received Prime Trust's claim.

7.      At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

8.      Absent an appropriation, Assistant United States Attorneys are prohibited from working, even on a voluntary basis, on civil matters except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

---

[1] 18 U.S.C. § 983(a)(3)(A) reads:
Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties.

9. Undersigned counsel respectfully submits that the instant matter does not constitute an emergency "involving the safety of human life or the protection of property." Moreover, agents and officers who might otherwise be tasked with gathering information and/or assisting with the preparation of a civil forfeiture complaint or approving any settlement that might be reached, are similarly unavailable due to the lapse in appropriations.

10. Undersigned counsel would have had from January 11, 2019 through and including February 27, 2019, a period of forty-eight days in which to file a forfeiture complaint or take other appropriate action. Undersigned counsel therefore seeks a period of forty-eight days, from the first business day that the lapse in appropriations ceases, to take action pursuant to 18 U.S.C. § 983(a)(3)(A).

11. Undersigned counsel has communicated with Peter Quinter, counsel for Prime Trust, who indicates that he agrees to the requested relief.

WHEREFORE, it is prayed, that the Agreed Motion To Enlarge Time In Which To File Complaint, be granted.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *s/Alison W. Lehr*
Alison W. Lehr
Assistant United States Attorney
FL Bar 444537/WA Bar 15813
99 NE 4TH Street, 7th Floor
Miami, Florida 33132-2111
Tel. No. (305) 961-9176
Fax No. (305) 536-7255
Alison.Lehr@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 24, 2019, I sent the instant motion to Peter Quinter, counsel for Prime Trust Financial Corp. Ltd. through electronic mail, at Peter.Quinter@Gray-Robinson.com.

*s/Alison W. Lehr*
Alison W. Lehr
Assistant United States Attorney